*E-FILED - 1/10/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **CHARLES ALVIN HOLLOMON,** Petitioner, v. **R.A. HOREL, Warden,** Respondent. | C07-1285 RMW (PR) **[] ORDER** |

On application of counsel and good cause appearing, the time to file the response to the Order to Show Cause is extended to and including March 8, 2008.

Dated: **1/10/08**

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Court Judge

[] Order, *Hollomon v. R.A. Horel, Warden*, Case No. C07-1285 RMW (PR)
1

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: *Hollomon v. R.A. Horel, Warden*

No.: **C07-1285 RMW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On January 7, 2008, I served the attached **(1) APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE; (2) DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME; (3) PROPOSED ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Charles A. Holloman**
**D-41230**
**Pelican Bay State Prison**
**ASU-D-9**
**P.O. Box 7500**
**5905 Lake Earl Drive**
**Crescent City, CA 95531-0001**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 7, 2008, at San Francisco, California.

S. Chiang
Declarant

Signature

40203991.wpd