*E-FILED - 7/8/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ALVIN HOLLOMAN,<br><br>     Petitioner,<br>  vs.<br><br>JAMES E. TILTON, et al.<br><br>     Respondents. | No. C 07-1285 RMW (PR)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent filed an answer. On June 23, 2009, petitioner filed a motion for an extension of time to file his traverse and a supporting declaration. Good cause appearing, petitioner's motion (docket no. 20) is GRANTED. Petitioner shall file his traverse within **forty-five (45) days** of the filing date of this order. No further extensions of time will be granted.

IT IS SO ORDERED.

Dated:  7/7/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Petitioner's Motion for Extension of Time to File Traverse
P:\pro-se\sj.rmw\hc.07\Holloman285eot              1