1

2

3

4                                                          *E-FILED - 3/24/10*

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10   CHARLES ALVIN HOLLOMON,            )     No. C 07-1285 RMW (PR)
                                        )
11                                      )     JUDGMENT
                         Petitioner,    )
12          vs.                         )
                                        )
13                                      )
     JAMES E. TILTON, et al.            )
14                                      )
                         Respondents.   )
15   _____)

16

17          The court has denied the instant petition for a writ of habeas corpus on the merits.

18   Therefore, judgment is entered in favor of respondent. Petitioner shall take nothing by way of

19   his petition. The clerk shall close the file.

20          IT IS SO ORDERED.

     DATED: _____  3/23/10

21                                            _____
                                              RONALD M. WHYTE
22                                            United States District Judge

23

24

25

26

27

28

Judgment
P:\PRO-SE\SJ.Rmw\HC.07\Holloman285jud.wpd